IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS A. BARRERA,<br>     *Plaintiff*, | § § § | |
| v. | § § | CIVIL ACTION NO. 4:25-CV-01913<br>JURY DEMANDED |
| STATE FARM LLOYDS,<br>     *Defendant*. | § § § | |

## DEFENDANT STATE FARM LLOYD'S CERTIFICATE OF INTERESTED PARTIES

Defendant State Farm Lloyds hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation.

1. **Plaintiff Carlos A. Barrera.**

   Plaintiff is a resident of Harris County, Texas.

2. **Plaintiff's Mortgage Company.**

   Carrington Mortgage Services LLC, ISAOA/ATIMA, PO Box 692408, San Antonio, Texas 78269.

3. **Counsel for Plaintiffs.**

   Shawn W. Hodge and J. Rohlf Jewell, The Hodge Law Firm, PLLC, The Historic Runge House, 1301 Market Street, Galveston, Texas 77550.

4. **Defendant State Farm Lloyds.**

   State Farm Lloyds is an unincorporated association of underwriters organized as a Lloyds Plan operating under the Texas Insurance Code. State Farm Lloyds' underwriters are residents of Arizona and Illinois.

   Defendant State Farm Lloyds is represented by M. Micah Kessler and Denise Purcell Leisten of Nistico, Crouch & Kessler, P.C., 1900 West Loop South, Suite 800, Houston, Texas 77027.

Respectfully submitted,

By:   */s/ M. Micah Kessler*
    M. Micah Kessler
    State Bar No. 00796878
    S.D. Tex. I.D. 21206
Nistico, Crouch & Kessler, P.C.
1900 West Loop South, Suite 800
Houston, Texas 77027
Telephone: (713) 781-2889
Telecopier: (713) 781-7222
Email: mkessler@nck-law.com
**ATTORNEY FOR DEFENDANT**

**OF COUNSEL:**
Denise Purcell Leisten
State Bar No. 16394100
S.D. Tex. I.D. 13254
Email: dleisten@nck-law.com

## CERTIFICATE OF SERVICE

    I certify that a true and correct copy of the foregoing instrument was served on all parties through counsel of record via electronic service in compliance with the Federal Rules of Civil Procedure on May 13, 2025, in the manner(s) prescribed below:

Shawn W. Hodge
J. Rohlf Jewell
The Hodge Law Firm, PLLC
The Historic Runge House
1301 Market Street
Galveston, Texas 77550
**VIA ECF**

    */s/ Denise Purcell Leisten*
    Denise Purcell Leisten

2